**Order filed, June 19, 2012.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-12-00318-CV

—————————

### REUNION POTASH COMPANY, Appellant

### V.

### WILLIAM M. BISHOP AND PINNACLE POTASH INTERNATIONAL, LTD, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2008-29234**

## ORDER

The reporter's record in this case was due **June 14, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Annette Peltier**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM